IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-CR-00065-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| REBECCA IRENE BRENES | |
| Defendant. | |

The above-named defendant having been sentenced on October 28, 2019, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __October 28, 2019__     _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE