HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

FILED

MAR 12 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:16-cr-00065 LJO |
|---|---|
| *Plaintiff,* | ) |
| vs. | ) **APPLICATION AND [PROPOSED]** |
| | ) **ORDER APPOINTING CJA PANEL** |
| REBECCA IRENE BRENES, | ) **COUNSEL** |
| *Defendants,* | ) |

Rebecca Irene Brenes, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

On October 28, 2019, the court sentenced Ms. Brenes on a supervised release violation to time served and an additional 12 months of supervised release. Ms. Brenes is seeking early termination of her supervised release. After reviewing her Financial Affidavit attached, it is respectfully recommended that CJA panel counsel be appointed to advise and assist Ms. Brenes.

DATED: March 10, 2020

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

# ORDER

Having satisfied the Court that the witness is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

DATED: March 12, 2020

HONORABLE BARBARA A. MCAULIFFE
UNITED STATES DISTRICT JUDGE

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev. 5/98

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. v.s. Rebecca Breno

FOR:
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name):

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 1:19-cv-00065
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 40.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobile, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE / DESCRIPTION

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
_X_ SEPARATED OR DIVORCED

Total No. of Dependents: 1

List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | | $350.00 | $350.00 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3-9-20

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Rebecca Breno