**LAW OFFICE OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings, SBN296418
1318 K Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
REBECCA BRENES

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REBECCA BRENES,<br><br>Defendant | Case No.: 1:16-CR-00065 LJO- (NONE)<br><br>ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE |

**ORDER**

Upon good cause being shown, and in light of the supervising probation officer having no objection and the U.S. Attorney's Office taking no position on the motion, the supervised release term of defendant Rebecca Brenes imposed in this action is hereby TERMINATED forthwith.

IT IS SO ORDERED.

Dated:   **June 26, 2020**                               _Dale A. Drozd_
                                                                          UNITED STATES DISTRICT JUDGE